FILED by __KZ__ D.C.
ELECTRONIC

Jul 24, 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**12-80137-CR-RYSKAMP/HOPKINS**
CASE NO. _____

18 U.S.C. § 4

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT J. FELDMAN,

    Defendant.

_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

1. Defendant **ROBERT J. FELDMAN** was a resident of Delray Beach, Florida and the owner of a timeshare unit located in Marco Island, Florida.

2. International Resort Solutions LLC (hereinafter "IRS") was a Florida limited liability company which was purportedly in the business of providing timeshare marketing and sales services to timeshare owners located throughout the United States and Canada. The main office of IRS was located in Palm Beach County, Florida. IRS solicited clients through at least six telemarketing rooms, each of which was located in Palm Beach County. IRS maintained a website where it posted timeshare units which were purportedly bought and sold by IRS.

### COUNT 1
(Misprision of a Felony: 18 USC § 4)

3. The General Allegations section of this Information is realleged and incorporated by

reference as though fully set forth herein.

4. From in or about August 2009, and continuing through in or about January 2010, at Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**ROBERT J. FELDMAN,**

having knowledge of the actual commission of a felony cognizable by a court of the United States, that is, conspiracy to commit mail fraud, in violation of Title 18, United States Code, Section 1349, did conceal and fail to make known as soon as possible the above-described felony to any judge and other person in civil or military authority under the United States, by, among other things, committing the following act:

Participating in a sham sale of a timeshare unit to IRS to conceal the fact that IRS was not in fact providing timeshare marketing and sales services to clients as represented.

All in violation of Title 18, United States Code, Section 4.

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ADRIENNE RABINOWITZ
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

ROBERT J. FELDMAN,

        **Defendant.**
_____/

CASE NO. 12-80137-CR-RYSKAMP

**CERTIFICATE OF TRIAL ATTORNEY***

**Superseding Case Information:**

New Defendant(s)    Yes ____  No ____
Number of New Defendants ____
Total number of counts ____

**Court Division:** (Select One)

____ Miami    ____ Key West
____ FTL     X  WPB    ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)    NO
   List language and/or dialect _____

4. This case will take  3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)        (Check only one)

   I    0 to 5 days     X     Petty    ____
   II    6 to 10 days    ____    Minor    ____
   III    11 to 20 days    ____    Misdem.    ____
   IV    21 to 60 days    ____    Felony     X 
   V    61 days and over    ____

6. Has this case been previously filed in this District Court? (Yes or No)  NO
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No)  NO
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No)    NO

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ____ Yes   X  No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ____ Yes   X  No

                                          _____
                                          ADRIENNE RABINOWITZ
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Florida Bar No. 833754

*Penalty Sheet(s) attached                                                            REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-80137-CR-RYSKAMP

**BOND RECOMMENDATION**

DEFENDANT: ROBERT J. FELDMAN

$75,000 PERSONAL SURETY

(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:  ADRIENNE RABINOWITZ

Last Known Address: _____

What Facility: _____

Agent(s): SPECIAL AGENT PAUL WACKES
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)
FEDERAL BUREAU OF INVESTIGATION

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ROBERT J. FELDMAN

Case No: 12 - 80137-CR - RUSKAMP

Misprision of a felony.

18 U.S.C. § 4

**\* Max. Penalty:**     3 years imprisonment; 1year supervised release; $250,000 fine.